STATE of Missouri, Respondent,

v.

Johnathan Earl WYATT, Appellant.

No. ED 75892.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 9, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 14, 2000.

Application for Transfer Denied
Aug. 29, 2000.

David C. Hemingway, St.Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J., and ROBERT E. CRIST, Sr. J.

### ORDER

PER CURIAM.

Defendant, Johnathan Earl Wyatt, appeals from the judgment entered after a jury found him guilty of sale of a controlled substance. Defendant was sentenced to eight years imprisonment. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).